UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JASON S. WESTERMAN | |
| Plaintiff, | Case No. 2:21-cv-00124-JTM-JPK |
| -v- | Judge James T. Moody |
| ARCADIA RECOVERY BUREAU, LLC | Judge Joshua P. Kolar |
| Defendant. | |

NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, Jason S. Westerman, and Defendant, Arcadia Recovery Bureau, LLC, have reached a settlement of the above-captioned action. Plaintiff anticipates filing a voluntary dismissal of this case, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 5th day of May, 2021.                    Respectfully Submitted,

                                                                                   */s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS, LLC
333 N. Michigan Ave., Suite 1300
Chicago, IL 60601
(267) 422-1000 (phone)
(267) 422-2000 (fax)
teddy@consumerlawpartners.com

*Attorney for Plaintiff, Jason S. Westerman*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Northern District of Indiana on this 5th day of May, 2021.  Notice of this filing will be transmitted to all counsel of record via the Court's CM/ECF filing system.

         */s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS, LLC