UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JASON S. WESTERMAN,<br><br>　　Plaintiff,<br><br>v.<br><br>ARCADIA RECOVERY BUREAU, LLC,<br><br>　　Defendant. | Case No.: 2:21-cv-00124-JTM-JPK<br><br>Honorable James T. Moody<br><br>Honorable Joshua P. Kolar |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

　　Plaintiff, Jason S. Westerman ("Plaintiff"), through his undersigned counsel, hereby gives notice of the voluntary dismissal of this action. Plaintiff's claims are hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

DATED this 21st day of May, 2021.　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Taxiarchis Hatzidimitriadis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Taxiarchis Hatzidimitriadis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW PARTNERS, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　333 N. Michigan Ave., Suite 1300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(267) 422-1000 (phone)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(267) 422-2000 (fax)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　teddy@consumerlawpartners.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Jason S. Westerman*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 21, 2021, I electronically filed the foregoing *Plaintiff's Notice of Voluntary Dismissal of Action,* with the Clerk of the District Court for the Northern District of Indiana using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF system.

                                        */s/ Taxiarchis Hatzidimitriadis*
                                        Taxiarchis Hatzidimitriadis
                                        CONSUMER LAW PARTNERS, LLC